**Order entered September 17, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01573-CR
### No. 05-19-01574-CR

### CHRISTOPHER GERARD PRUITT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-55426-S & F18-55425-S

### ORDER

Before the Court is appellant's August 15, 2020 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on October 16, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE